# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**MICHAEL FERRARO**,
    Plaintiff,

v.                                                                           2:23-cv-650-JES-NPM

**INTERLOCK SECURITY GROUP, INC.** and
**DERRICK LOPEZ**,
    Defendants.

---

## ORDER COMPELLING ARBITRATION

Defendants Interlock Security Group, Inc. and Derrick Lopez move to compel arbitration (Doc. 26). Plaintiff Michael Ferraro failed to timely respond, so the motion is treated as unopposed. *See* M.D. Fla. R. 3.01(c). Accordingly, the motion is **GRANTED**. Pursuant to the Federal Arbitration Act, this case is **STAYED** pending arbitration of this action. 9 U.S.C. § 3. The parties must file a joint status report by **June 30, 2024**, and **quarterly** thereafter. Should the parties seek a court order affirming the arbitration award, either party may move for such relief within one year of the award. 9 U.S.C. § 9. A motion to vacate or modify the arbitration award must be filed and served on the adverse party within three months of the award's issuance. 9 U.S.C. § 12. And any motion to confirm, modify, or correct the arbitration award must include the appropriate papers. 9 U.S.C. § 13.

**ORDERED** on February 7, 2024.

_____
NICHOLAS P. MIZELL
United States Magistrate Judge